FILED
CLERK, U.S. DISTRICT COURT
6/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ram DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MIRLKA CECILIA CARVAJAL-GONZALEZ Defendant. | ED 25-CR-00201-SSS<br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

• SUBMISSION TO DETENTION

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

• SUBMISSION TO DETENTION

IT IS ORDERED that defendant be detained.

DATED: 6/30/26

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE